# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

KAREN GREEN and M.G., a minor,

Plaintiffs,

v.

MOUNT CARMEL AREA
SCHOOL DISTRICT, *et al.*,

Defendants.

No. 4:18-CV-02218

(Judge Brann)

## ORDER

### APRIL 24, 2019

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Defendants' First Motion to Dismiss, ECF No. 8, is **DENIED** as moot.

2. Defendants' Second Motion to Dismiss, ECF No. 13, is **GRANTED** in part as follows:

    a. Counts I, II, III, and IV of Plaintiffs' Amended Complaint, ECF No. 12, are **DISMISSED WITHOUT PREJUDICE**. Within 14 days of the date of this Order, Plaintiffs **MAY FILE** a second amended complaint to correct the deficiencies identified in the accompanying Memorandum Opinion.

b. Counts V and VI of Plaintiffs' Amended Complaint, ECF No. 12, are **DISMISSED WITHOUT PREJUDICE** to Plaintiffs to either assert those claims in a state court of competent jurisdiction, or to reassert those claims in this Court as part of any second amended complaint filed in accordance with this Order.

c. If Plaintiffs do not file a second amended complaint within 14 days of the date of this Order, the Clerk of Court is **DIRECTED** to close this case.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge